UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL LOPEZ,

Petitioner,

v.

RAUL MORALES,

Respondent.

No. 2:25-cv-02993-DAD-EFB

ORDER

Petitioner is a state prisoner proceeding without counsel in this petition for writ of habeas corpus under 28 U.S.C. § 2254. He has filed an application to proceed in forma pauperis. ECF No. 11. Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis is GRANTED. *See* 28 U.S.C. § 1915(a).

Petitioner also asks the court to amend the September 28, 2026 order granting his request for a *Rhines* stay to extend the deadlines set forth therein. ECF No. 10. The request is GRANTED. Petitioner shall file periodic status reports every 90 days from the date of this order

////

////

////

////

regarding the status of his state court exhaustion petition until the petition is filed.[1] Petitioner is directed to file in this Court a motion to lift the stay in this proceeding within 30 days after the filing date of the state court's order finally resolving petitioner's unexhausted claims.

SO ORDERED.

Dated: November 2, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[1] The court will accept status updates electronically submitted by petitioner's state-court habeas counsel.